**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WEH Liquidating, LLC (f/k/a Walker Edison Holdco LLC), *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 25-11602 (TMH)<br><br>Jointly Administered |
| WEFC LIQUIDATING, LLC (f/k/a Walker Edison Furniture Company, LLC)<br><br>Plaintiff,<br><br>v.<br><br>BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC-WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO-INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO; AND DOES 1-100,<br><br>Defendants. | Adversary Proceeding<br><br>No. 25-52457 (TMH) |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: WEH Liquidating, LLC f/k/a Walker Edison Holdco LLC (8817); WEI Liquidating, LLC f/k/a Walker Edison Intermediate, LLC (3363); WEFC Liquidating, LLC f/k/a Walker Edison Furniture Company LLC (6576); and EWF Liquidating, LLC f/k/a EW Furniture, LLC (6288). The Debtors' mailing address is 6890 S 2300 E #71067, Salt Lake City, UT 84171.

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Elizabeth Laughlin, of Sperling Kenny Nachwalter, 321 North Clark Street, 25th Floor Chicago, Illinois 60654, to represent defendants Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, and Walker Edison Holding Co., LLC, in the above-captioned cases and any related proceedings.

Dated: December 22, 2025

*/s/ Russell C. Silberglied*
Russell C. Silberglied (DE No. 3462)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Fax: (302) 651-7701
Email: silberglied@rlf.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for the District Court.

Dated: December 22, 2025

*/s/ Elizabeth Laughlin*
Elizabeth Laughlin
**SPERLING KENNY NACHWALTER**
321 North Clark Street, 25th Floor
Chicago, Illinois 60654
Telephone: (312) 641-3200
Email: llaughlin@sperlingkenny.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Thomas M. Horan

**Dated: December 23rd, 2025**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**