IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WEH Liquidating, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11602 (TMH)<br><br>(Jointly Administered) |
| WEFC LIQUIDATING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC-WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO-INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO, and DOES 1-100,<br><br>Defendants. | Adv. Proc. No. 25-52457-TMH |

**DEFENDANTS' PRELIMINARY MOTION FOR PARTIAL SUMMARY JUDGMENT**

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: WEH Liquidating, LLC f/k/a Walker Edison Holdco LLC (8817); WEI Liquidating, LLC f/k/a Walker Edison Intermediate, LLC (3363); WEFC Liquidating, LLC f/k/a Walker Edison Furniture Company LLC (6576); and EWF Liquidating, LLC f/k/a EW Furniture, LLC (6288). The Debtors' mailing address is 6890 S 2300 E #71067, Salt Lake City, UT 84171.

Defendants Brad Bonham; MB & BB Holdings, LLC; Matt Davis; Walker Edison Holding Company, LLC; Prospect Hill Growth Partners, L.P.; JWC-WE Holdco, LLC; JWC-WE Holdings, L.P.; Prospect Hill Growth Fund II, L.P.; Prospect Hill Growth Fund II Co-Invest, L.P.; Phil Damiano; Ken Murphy; Adam Suttin; Kyle Casella; and David Fiorentino (collectively, "Defendants"), by and through their undersigned counsel, hereby move (this "Motion"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7056 of the Federal Rules of Bankruptcy Procedure, for entry of an order granting partial summary judgment: (i) dismissing all claims asserted by Plaintiff Blue Owl Capital Corporation ("Blue Owl") on behalf of Non-Party Lenders[2] (Counts I-VI), or in the alternative, dismissing claims for civil conspiracy, fraud, and aiding and abetting on behalf of Evolution and Bain (Counts III-V), because Blue Owl lacks standing to assert those claims; and (ii) dismissing the claims for actual and constructive fraudulent transfer asserted in the Complaint in Intervention filed by WEFC Liquidating, LLC, and in the First Amended Complaint filed by Blue Owl because the distributions at issue were made from a deposit account that was encumbered by valid liens, such that no "asset" was transferred within the meaning of the applicable fraudulent transfer statutes.

The grounds for this Motion are set forth in Defendants' Memorandum of Law in Support of Defendants' Preliminary Motion for Partial Summary Judgment and accompanying papers filed herewith. A proposed order granting the relief requested in this Motion is attached hereto as Exhibit A.

WHEREFORE, Defendants respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A: (i) granting this Motion; (ii) dismissing Counts I through VI asserted by Blue Owl on behalf of Non-Party Lenders, or in the alternative, dismissing

---

[2] All defined terms have the same meanings as assigned to such terms in Defendants' Memorandum of Law in Support of Defendants' Preliminary Motion for Partial Summary Judgment.

Counts III through V asserted by Blue Owl on behalf of Evolution and Bain; (iii) dismissing the claims for actual and constructive fraudulent transfer asserted in the Complaint in Intervention and in Blue Owl's First Amended Complaint; and (iv) granting such other and further relief as the Court deems just and proper.

Dated: June 18, 2026

**RICHARDS, LAYTON & FINGER**

*/s/ Russell C. Silberglied*
Russell C. Silberglied (No. 3462)

One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Fax : 302-651-7701
silberglied@rlf.com

*For all defendants*

**SPERLING KENNY NACHWALTER**

Greg Shinall (admitted *pro hac vice*)
Matthew H. Rice (admitted *pro hac vice*)

55 West Monroe Street, 32nd Floor
Chicago, Illinois 60603
(312) 641-3200
shinall@sperlingkenny.com
mrice@sperlingkenny.com

*For defendants: Adam Suttin, Phil Damiano, Kyle Casella, David Fiorentino, Ken Murphy, and Walker Edison Holding Co., LLC*

**PARKINSON BENSON POTTER LLP**

Brennan H. Moss (admitted *pro hac vice*)

2750 Rasmussen Rd, Suite H-107
Park City, UT 84098
(801) 401-1608
brennan@pbplaw.com

*For defendants: Brad Bonham, MB & BB Holdings, LLC, and Matt Davis*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

William Clareman (admitted *pro hac vice*)
Geoffrey Chepiga (admitted *pro hac vice*)
Alison Benedon (admitted *pro hac vice*)
Adam Savitt (admitted *pro hac vice*)
Jacob Braly (admitted *pro hac vice*)
Vida Robinson (admitted *pro hac vice*)

1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
gchepiga@paulweiss.com
wclareman@paulweiss.com
abenedon@paulweiss.com
asavitt@paulweiss.com
jbraly@paulweiss.com
virobinson@paulweiss.com

*For defendants: Prospect Hill Growth Fund II, L.P., Prospect Hill Growth Fund II Co-Invest, L.P., Prospect Hill Growth Partners, L.P., JWC-WE Holdco, LLC, and JWC-WE Holdings, L.P.*