**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WEH Liquidating, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11602 (TMH)<br><br>(Jointly Administered) |
| WEFC LIQUIDATING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC-WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO-INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO, and DOES 1-100,<br><br>Defendants. | Adv. Proc. No. 25-52457-TMH |

**[PROPOSED] ORDER GRANTING DEFENDANTS' PRELIMINARY MOTION FOR PARTIAL SUMMARY JUDGMENT**

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: WEH Liquidating, LLC f/k/a Walker Edison Holdco LLC (8817); WEI Liquidating, LLC f/k/a Walker Edison Intermediate, LLC (3363); WEFC Liquidating, LLC f/k/a Walker Edison Furniture Company LLC (6576); and EWF Liquidating, LLC f/k/a EW Furniture, LLC (6288). The Debtors' mailing address is 6890 S 2300 E #71067, Salt Lake City, UT 84171.

WHEREAS the Court having considered Defendants' Preliminary Motion for Partial Summary Judgment (the "Motion") and the supporting papers; any opposition thereto; Defendants' reply; and any other papers and argument submitted by the parties;

IT IS HEREBY ORDERED THAT:

1. Defendant's Motion is **GRANTED**.
2. Summary judgment is granted in favor of Defendants and against Plaintiff Blue Owl Capital Corporation ("Blue Owl") with respect to Counts I through VI asserted by Blue Owl on behalf of Non-Party Lenders,[2] and all such claims are hereby dismissed, on the ground that Blue Owl lacks standing to assert those claims.
3. Summary judgment is granted in favor of Defendants and against Plaintiff Blue Owl with respect to Counts III through V asserted by Blue Owl on behalf of Evolution and Bain, and all such claims are hereby dismissed, on the ground that personal torts are not assignable under Utah law.
4. Summary judgment is granted in favor of Defendants and against Plaintiffs WEFC Liquidating, LLC and Blue Owl with respect to claims for actual and constructive fraudulent transfer asserted in the Complaint in Intervention filed by WEFC Liquidating, LLC, and the First Amended Complaint filed by Blue Owl, such claims are hereby dismissed in their entirety, on the ground that the distributions at issue were made from a deposit account encumbered by valid liens and therefore did not effect a transfer of an "asset" within the meaning of the applicable fraudulent transfer statutes.
5. This Order is without prejudice to, and shall not be construed to limit, the remaining claims and defenses in this adversary proceeding, all of which are expressly preserved.

[2] All defined terms have the same meanings as assigned to such terms in Defendants' Memorandum of Law in Support of Defendants' Preliminary Motion for Partial Summary Judgment.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED this ________ day of ____________________, 2026.