# Exhibit A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WEH Liquidating, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11602 (TMH)<br><br>(Jointly Administered) |
| WEFC Liquidating, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BRAD BONHAM; MB & BB HOLDINGS, LLC; MATT DAVIS; WALKER EDISON HOLDING COMPANY, LLC; PROSPECT HILL GROWTH PARTNERS, L.P.; JWC-WE HOLDCO, LLC; JWC-WE HOLDINGS, L.P.; PROSPECT HILL GROWTH FUND II, L.P.; PROSPECT HILL GROWTH FUND II CO-INVEST, L.P.; PHIL DAMIANO; KEN MURPHY; ADAM SUTTIN; KYLE CASELLA; DAVID FIORENTINO, and DOES 1-100,<br><br>Defendants. | Adv. Proc. No. 25-52457-TMH<br><br>**Re: Adv. Docket Nos. 198, 199 & 200** |

**ORDER AUTHORIZING DEFENDANTS' MOTION**
**<u>TO FILE UNDER SEAL THE SUMMARY JUDGMENT DOCUMENTS</u>**

Upon the motion (the "<u>Motion</u>")[2] of the above-captioned defendants (the "<u>Defendants</u>") for an order authorizing the Defendants to (i) file under seal the Confidential Information in the

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: WEH Liquidating, LLC f/k/a Walker Edison Holdco LLC (8817); WEI Liquidating, LLC f/k/a Walker Edison Intermediate, LLC (3363); WEFC Liquidating, LLC f/k/a Walker Edison Furniture Company LLC (6576); and EWF Liquidating, LLC f/k/a EW Furniture, LLC (6288). The Debtors' mailing address is 6890 S 2300 E #71067, Salt Lake City, UT 84171.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Summary Judgment Documents, and (ii) file versions of the Memorandum in Support and Declaration redacting the Confidential Information; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter an order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Defendants are authorized to file under seal those portions of the Summary Judgment Documents containing the Confidential Information.

3. The Defendants are authorized to (i) file redacted versions of the Memorandum in Support and Declaration on the docket, and (ii) provide unredacted copies of the Summary Judgment Documents to the Court, counsel to Plaintiffs, and any other parties in interest as the Court may order.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Defendants are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.